FILED 27 JAN '15 15:49 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:15-CR- 00032-SI |
| v. | INDICTMENT |
| DANIEL EVERETT JOHNSON, | 18 U.S.C. § 2113(a) |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Bank Robbery)
### (18 U.S.C. § 2113(a))

On or about January 15, 2015, in Portland, Multnomah County, in the District of Oregon, defendant DANIEL EVERETT JOHNSON did by force, violence and intimidation, unlawfully and knowingly take from the presence of employees of the Key Bank, 3839 NE Broadway, Portland, Oregon, a sum of money, namely, approximately $500.00 in United States currency, which money was then and there in the care, custody, control, management and possession of

///

///

said bank, whose deposits were then and there insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

Dated this 27th day of January 2015.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

HANNAH HORSLEY
Assistant United States Attorney